# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES DONALD YEOMANS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) CASE NO. 1:16-cv-455-BL-JTA | |
| | ) | |
| JOHN Q. HAMM, Commissioner, | ) | |
| Alabama Department of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF NONINTERVENTION

The United States respectfully submits this *Notice of Nonintervention.* On December 23, 2025, this Court certified to the Attorney General pursuant to Federal Rule of Civil Procedure 5.1(b) that petitioner had filed a brief that called into question the constitutionality of 28 U.S.C. § 2254(d)(1). Doc. 50. Regretfully, the Court's notice was not received by the Criminal Division—the Department of Justice component that reviews such notices in criminal matters. The government accordingly failed to intervene by January 26, 2026—the intervention deadline set by the Court.

Because the Court's intervention deadline has passed, the government does not intend to intervene in this matter absent further order of the Court. The government notes that two habeas appeals pending before the Eleventh Circuit

raise the same claim identified in this Court's certification order and that the

United States has intervened in these cases to address the statute's

constitutionality.  *See Washington v. Commissioner*, No. 24-13905 (11th Cir.);

*Shanklin v. Warden*, No. 25-10216 (11th Cir.).

Respectfully submitted this 6th day of February 2026.

KEVIN P. DAVIDSON
Acting United States Attorney

By: */s/ Stephen Wadsworth*
Assistant United States Attorney
Bar Number: ASB 9808 E47W
Attorney for Defendants
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
Email:**Stephen.wadsworth@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date filed a copy of the foregoing

electronically which served a copy on all counsel of record.


Dated this 6h day of February 2026.

_/s/Stephen Wadsworth_
Assistant United States Attorney